IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.
05 MAY -9 AM 8:34

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

| | |
|---|---|
| ROBERT SCOTT LEWIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | No. 03-2405 Ml/An |
| SHELBY COUNTY GOVERNMENT, ) | |
| and Sgt. J.L. MAYES, ) | |
| individually and in his ) | |
| official capacity, ) | |
| ) | |
| Defendants. ) | |

## JUDGMENT

**JUDGMENT BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Order Granting Defendants' Motion for Summary Judgment, entered May 6, 2005, judgment is hereby entered in favor of Defendants Shelby County Government and Sgt. J.L. Mayes and against Plaintiff Robert Scott Lewis.

APPROVED:

_____
JON P. McCALLA
UNITED STATES DISTRICT COURT

_May 6, 2005_____
Date

ROBERT R. DI TROLIO
_____
Clerk of Court

_____
(By) Deputy Clerk

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on _5-9-05_

94

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 94 in case 2:03-CV-02405 was distributed by fax, mail, or direct printing on May 9, 2005 to the parties listed.

---

Eugene C. Gaerig
LAW OFFICES OF EUGENE C. GAERIG
100 N. Main Street
Ste. 3118
Memphis, TN 38103

Kathleen L. Caldwell
LAW OFFICE OF KATHLEEN L. CALDWELL
2080 Peabody Ave.
Memphis, TN 38104

Honorable Jon McCalla
US DISTRICT COURT